UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-25257-GAYLES/TORRES

SOLAR ECLIPSE INVESTMENT FUND
VII, LLC, *et al.*,

        Plaintiffs,

**v.**

T-MOBLIE USA, INC.,

        Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant T-Mobile USA, Inc.'s Motion to Dismiss. [ECF No. 14]. The action was referred to Magistrate Judge Edwin G. Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 6]. On August 16, 2021, Judge Torres issued his report recommending that the Motion to Dismiss be granted without prejudice (the "Report"). [ECF No. 48]. No party has filed objections to the Report. For the reasons that follow, the Court adopts the Report in full.

## DISCUSSION

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Motion and the record and finds no clear error with the Report's recommendation that the Motion to Dismiss be granted and the Complaint be dismissed without prejudice.

## CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)   Judge Torres's Report and Recommendation, [ECF No. 48], is **ADOPTED in FULL**;

(2)   Defendant T-Mobile USA, Inc.'s Motion to Dismiss [ECF No. 14] is **GRANTED**; and

(3)   The Complaint is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of September, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE